UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-247-GWU

| | |
|---|---|
| RANDALL STURGILL, | PLAINTIFF, |
| VS. | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY, | DEFENDANT. |

* * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)  the administrative decision is AFFIRMED; and

(2)  the above-styled action is STRICKEN from this Court's active docket.

This the 12th day of November, 2008.

Signed By:

*G. Wix Unthank*

**United States Senior Judge**